# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

|  |  |
|---|---|
| Sourish Banerjee, et al., | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| United States Citizenship and Immigration Services | ) |
|  | ) |
| Defendant. | ) |

## **INDEX OF EXHIBITS**

| **Exhibit** | **Description** |
|---|---|
| **Exhibit A:** | *Da Costa* Transcript |
| **Exhibit B:** | AIIA Adjudication Statistics |
| **Exhibit C:** | Declarations of Eliel Aguilera |
| **Exhibit D:** | Letter from Ur M. Jaddou to the American Immigration Lawyers Association |
| **Exhibit E:** | USCIS Alert - When to File Your Adjustment of Status Application for Family-Sponsored or Employment-Based Preference Visas: July 2022 |